## TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102
Newark (973) 622-3000
New York (212) 714-1720
Fax (973) 623-7780
www.tompkinsmcguire.com

Marc C. Pakrul
*Associate*

Tel: (973) 623-7692
E-Fax: (973) 623-7691
mpakrul@tompkinsmcguire.com

May 29, 2008

**VIA ELECTRONIC FILING**
Honorable Peter G. Sheridan, U.S.D.J.
c/o Clerk, United States District Court
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101-0999

    Re:    Kovacevec, et al. v. Wells, et als.
             Civil Action No: 06-CV-925 (PGS)
             Our File No: 2042-1

Dear Judge Sheridan:

      Please be advised that this firm represents defendants/third-party plaintiffs, SGT 2000, Inc., SGT 2000 Motor Freight, Inc. and Allan J. Wells, in connection with the above referenced matter. The Court previously issued an Order in which all dispositive motions were to be returnable no later than June 2, 2008. The Court subsequently granted an extension of the filing deadline to Third-Party Defendant, Circle Imports, who did not file a Motion for Summary Judgment in a timely manner, and adjourned the return date of Circle's Motion to June 16, 2008. We respectfully request that Your Honor adjourn the return date of Circle's Motion to July 7, 2008, as we require additional time to prepare opposition on behalf of our clients. We have encountered scheduling conflicts in the preparation of our opposition, as we had planned to complete opposition to any dispositive motions based upon our anticipation of a June 2, 2008 return date. Counsel for Circle has consented to our request.

      Thank you for your Honor's attention to this matter. Should you have any questions or comments, please do not hesitate to contact me.

                              Respectfully submitted,

                              Marc C. Pakrul, Esq.
                              TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

MCP
**VIA ELECTRONIC FILING**
cc:    Michael J. Maggiano, Esq.
       Matthew T. Pisano, Esq.
       Nicholas J. Lombardi, Esq.

O ORDERED: /s/ Peter G. Sheridan
DATED: 5/30/08

## TOMPKINS, McGUIRE, WACHENFELD & BARRY

Page 2

Mark Berard, Esq.
David M. Welt, Esq.
John G. Tinker Jr., Esq.