# MAGGIANO, DIGIROLAMO, LIZZI & ROBERTS

TRIAL ATTORNEYS
A PROFESSIONAL CORPORATION

MICHAEL MAGGIANO*
NJ, NY BAR
CHRISTOPHER T. DIGIROLAMO
NJ BAR
MICHAEL LIZZI
NJ, NY BAR
KEITH J. ROBERTS
NJ, NY BAR
—
DANIEL C. LATERRA
NJ, NY BAR
—
ANTHONY J. SCIUTO
OF COUNSEL

*CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL
ATTORNEY
BOARD CERTIFIED, NATIONAL BOARD
OF TRIAL ADVOCACY

201 COLUMBIA AVENUE
FORT LEE, NJ 07024
(201) 585-9111
FAX (201) 585-1646

624 NEWARK AVENUE
JERSEY CITY, NJ 07306
(201) 656-7222
FAX (201) 656-8448

521 FIFTH AVENUE
17TH FLOOR
NEW YORK, NY 10175
(212) 608-1800

85 KINDERKAMACK ROAD
EMERSON, NJ 07630
(201) 225-2550

E-MAIL:
Lawyers@MaggianoLaw.Com

PLEASE REPLY TO THE FORT LEE, NEW JERSEY OFFICE

November 14, 2008

*Telephone status conferences will be held on:*
- 12/1/08 at 10:00 am
- 12/15/08 at 10:00 am
- 1/5/09 at 10:00 am

SO ORDERED: /s/ Peter G. Sheridan
DATED: 11/18/08

* Plaintiff counsel to set up calls.

Honorable Peter G. Sheridan
United States District Court, District of New Jersey
M.L. King, Jr., Federal Bldg. & Cthse.
50 Walnut Street
Newark, New Jersey 07102

Re: Dzemali Kovacevec and Miliha Djinovic, wife v. Allan J. Wells, et al.
U.S.D.C. for the District of New Jersey, Newark Vicinage
Civil Action No.: 06-CV-925

Dear Judge Sheridan:

I am writing to confirm the terms of the amounts offered in settlement in the above matter as outlined in the letter of today's date by Brian Harris Co-Counsel for the SGT Defendants and Allan Wells. Plaintiff has agreed to the terms as outlined by Mr. Harris and it is the intention of the parties to enter into a Structured Settlement Agreement. We are presently interviewing various brokerage companies that provide such annuities for approval by the Guardian.

May I ask that the matter be maintained on the court docket for 60 days so that we may have the opportunity to create a Structured Settlement Agreement and I may also present my fee application to the court?

Thank you for your kind attention.

Very truly yours,

s/ Michael Maggiano

MM/lr
cc: Magistrate Esther Salas